was claimed defendants did not so use. There was a trial before the court, who entered judgment for the plaintiff.

Messrs. *Tilmon Ford* and *W. M. Kaiser* for appellants.

Messrs. *D'Arcy & Richardson* for respondents.

Pursuant to the stipulation of the parties the cause was dismissed. No opinion.

DISMISSED.

Decided 28 July, 1898.
## LANSING v. PLUMMER.

From Marion : GEORGE H. BURNETT, Judge.

Action by E. Y. Lansing against Plummer & Ault, principals, and H. Holden, surety, to recover on a builder's bond. There was a judgment for plaintiff, from which defendants appeal.

DISMISSED.

Messrs. *Carson & Fleming* and *Tilmon Ford* for appellants.

Messrs. *George G. Bingham* and *Shaw, Hunt & McCulloch* for respondent.

Pursuant to the written stipulation of the parties, the appeal was dismissed. No opinion.

DISMISSED.

Decided 17 October, 1898.
## COMMERCIAL NATIONAL BANK v. CHAPMAN.

From Multnomah : LOYAL B. STEARNS, Judge.

Suit by the Commercial National Bank against W. S. Chapman and others to foreclose a mortgage. There was a decree for plaintiff, and defendants appealed.

AFFIRMED.